UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA
:       CONSENT PRELIMINARY ORDER
- v. -                                    OF FORFEITURE/
:       MONEY JUDGMENT
DOMINIC FRANCIS LABIRAN,
:       S2 19 Cr. 462 (KPF)
        Defendant.
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        WHEREAS, on or about June 25, 2019, DOMINIC FRANCIS LABIRAN (the "Defendant"), among others, was charged in two counts of a nine-count Indictment, S2 19 Cr. 462 (KPF) (the "Indictment"), with conspiracy to commit money laundering in violation of Title 18, United States Code, Section 1956(h) (Count Eight); and money laundering in violation of Title 18, Unite States Code, Sections 1956(a)(3)(B) and 2 (Count Nine);

        WHEREAS, the Indictment included a forfeiture allegation as to Counts Eight and Nine of the Indictment, seeking forfeiture to the United States, pursuant to Title 18 United States Code, Section 982(a)(1), any and all property, real or personal, involved in the offenses charged in Counts Eight and Nine of the Indictment and any property traceable to such property;

        WHEREAS, on or about August 15, 2024, the Defendant pled guilty to Count Eight of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count Eight of the Indictment and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1) a sum of money equal to $23,045.40 in United States currency representing property involved in Count Eight of the Indictment;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $23,045.40 in United States currency representing the value of the property involved in Count Eight of the Indictment; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the value of property involved with the offense charged in Count Eight of the Indictment cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney, Jonathan E. Rebold of counsel, and the Defendant, and his counsel, Amanda Kramer, Esq., that:

1. As a result of the offense charged in Count Eight of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $23,045.40 in United States currency (the "Money Judgment") representing the value of the property involved with the offense charged in Count Eight of the Indictment, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, DOMINIC FRANCIS LABIRAN, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance and Money Laundering Unit, 26 Federal Plaza, New York, New York 10278 and shall indicate the Defendant's name and case number.

4.   The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.   Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.   Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.   The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

8.  The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____          8/15/2024
     JONATHAN E. REBOLD                      DATE
     Assistant United States Attorney
     26 Federal Plaza
     New York, NY 10278
     (212) 637-2512


DOMINIC FRANCIS LABIRAN

By: _____          8/15/2024
     DOMINIC FRANCIS LABIRAN                 DATE


By: _____          8/15/2024
     AMANDA KRAMER, ESQ.                     DATE
     Attorney for Defendant
     620 Eighth Avenue
     New York, NY 10018


SO ORDERED:

_____               8/15/2024
HONORABLE KATHERINE POLK FAILLA              DATE
UNITED STATES DISTRICT JUDGE