UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER OF JUDICIAL REMOVAL |
| - against - | Criminal Docket No. S2 19 Cr. 462 (KPF) |
| DOMINIC FRANCIS LABIRAN, | |
| Defendant. | |

------------------X

Upon the application of the United States of America, by Jonathan E. Rebold, Assistant United States Attorney, Southern District of New York; upon the Factual Allegations in Support of Judicial Removal; upon the consent of DOMINIC FRANCIS LABIRAN (the "defendant"); and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native of Nigeria and citizen of the United Kingdom.

3. On or about June 18, 2024, the defendant was paroled into the United States for the purpose of criminal prosecution, pursuant to Section 212(d)(5) of the Immigration and Nationality Act of 1952, as amended.

4. At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court, Southern District of New York, of the following offense: Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. § 1956(h).

5. A total maximum sentence of 20 years' imprisonment may be imposed for the above-mentioned offense.

6. The defendant is subject to removal from the United States pursuant to: 1) Section 212(a)(7)(A)(i)(I) of the Immigration and Nationality Act of 1952, as amended, (the "Act"), 8 U.S.C. § 1182(a)(7)(A)(i)(I), as an immigrant who, at the time of application for admission, is not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Act, and a valid unexpired passport, or other suitable travel document, or document of identity and nationality as required under the regulations issued by the Attorney General under Section 211(a) of the Act; and 2) Section 212(a)(2)(I)(ii) of the Act, as amended, 8 U.S.C. § 1182(a)(2)(I)(ii), as a noncitizen who a consular officer or the Attorney General knows is, or has been, a knowing aider, abettor, assister, conspirator, or colluder with others in an offense which is described in section 1956 or 1957 of title 18 (relating to laundering of monetary instruments).

7. The defendant has waived his right to notice and a hearing under Section 238(c) of the Immigration and Nationality Act of 1952, as amended, 8 U.S.C. § 1228(c).

8. The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

9. The defendant has designated the United Kingdom as the country for removal, and Nigeria as the alternate country of removal, pursuant to Section 240(d) of the Act, 8 U.S.C. § 1229a(d).

WHEREFORE, IT IS HEREBY ORDERED, pursuant to Section 238(c) of the Act, 8 U.S.C. § 1228(c), that the defendant shall be removed from the United States promptly upon his release from confinement, or, if the defendant is not sentenced to a term of imprisonment, promptly upon his sentencing, and that the defendant be ordered removed to the United Kingdom, and, in the alternative, to Nigeria.

Dated: New York, New York
       September 18, 2024

_____
HONORABLE KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE